1
2
3
4
5
6
7
8       **UNITED STATES DISTRICT COURT**

9       **CENTRAL DISTRICT OF CALIFORNIA**

10

11    VERNON MARSH,                              ) Case No. CV 13-2227-CJC (SP)

12                        Petitioner,            )
                                                 )
13                  v.                           ) **ORDER ACCEPTING FINDINGS AND**
                                                 ) **RECOMMENDATION OF UNITED**
14    GERALD JANDA, Warden, et                   ) **STATES MAGISTRATE JUDGE**
      al.,                                       )
15                                               )
16                        Respondents.           )
                                                 )
17    _____

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on
19
20    file, and the Amended Report and Recommendation of the United States Magistrate
21    Judge.  Petitioner has not filed any written Objections to the Amended Report within
22    the time permitted.  The Court accepts the findings and recommendation of the
23    Magistrate Judge, and concurs in the Magistrate Judge's rulings denying petitioner's
24
25    request for a stay pursuant to *Rhines v. Weber*, 544 U.S. 269, 125 S. Ct. 1528, 161 L.
26    Ed. 2d 440 (2005), and later lifting the stay pursuant to *Kelly v. Small*, 315 F.3d
27    1063 (9th Cir. 2003), *overruled on other grounds by Robbins v. Carey*, 481 F.3d
28    1143 (9th Cir. 2007).

IT IS THEREFORE ORDERED that: (1) petitioner's Request for Abeyance is denied as moot; (2) petitioner's Motion to Amend the Petition is denied; and (3) Judgment will be entered denying the Petition and dismissing this action with prejudice.

DATED:   August 31, 2016

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE